## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**ANDRES GOMEZ,**

    **Plaintiff**                           Case Number:  1:22-cv-22983-RNS

**V.**

**DORAL FAMILY DENTAL P.L.**

    **Defendant**

_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to FRCP 41(a)(1)(A)(i) hereby gives this Honorable Court notice of dismissal of this action with prejudice and, unless otherwise agreed, each party shall bear their own attorney's fees and costs.

                                                          Respectfully submitted,

Dated: October 19, 2022                    */s/ Alberto R. Leal.*
                                                   Alberto R. Leal, Esq., P.A.
                                                   Florida Bar No.: 1002345
                                                   E-Mail: albertolealesq@gmail.com
                                                   Phone: 954-637-1868